FILED

10/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0638

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0638

CITY OF MISSOULA,

      Plaintiff and Appellee,

v.

STEVEN P. MCNELLEY,

      Defendant and Appellant.

## ORDER

Upon consideration of counsel's motion to dismiss the above-entitled cause due to lack of jurisdiction, and good cause appearing,

IT IS HEREBY ORDERED that the above matter is hereby DISMISSED without prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 30 2023